| | |
|---|---|
| NANCY CURRY, CH 13 TRUSTEE<br>1000 WILSHIRE BLVD., SUITE 870<br>LOS ANGELES, CA 90017<br>Telephone: (213) 689-3014 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION** | |
| In re:<br><br>**CHATMON, MARION**<br><br>                                                     Debtor | **Chapter 13 Case No. LA 2:25-bk-12867-VZ** |

**TRUSTEE'S DECLARATION THAT DEBTOR FAILED TO APPEAR FOR EXAMINATION.**

I, Nancy Curry, do hereby declare and state as follows.

1. I am the Trustee appointed with respect to Chapter 13 Case No. LA 2:25-bk-12867-VZ, CHATMON, MARION , (the "debtor").

2. The §341(a) debtor examination was scheduled for July 10, 2025 at 10:00 AM.

3. The debtor failed to appear for examination.

4. A review of my records reflects that no plan payments have been received.

I declare under penalty of perjury that the above is true and correct.

Executed on July 11, 2025 at Los Angeles, California.

                                                                                                  /s/ Nancy Curry, Chapter 13 Trustee

On July 11, 2025, a copy of this has been filed with the Court and served on

|   |   |
|---|---|
| CHATMON, MARION | ONYINYE N. ANYAMA |
| 4703 1/2 CRENSHAW BLVD<br>LOS ANGELES, CA 90043 | 18000 STUDEBAKER RD., STE. 325<br>CERRITOS, CA 90703- |

I declare that the foregoing is true and correct.

Executed on July 11, 2025 at Los Angeles, California.                    /s/ Carlos Robles