Onyinye Anyama Esq. (SBN: 262152)
**Anyama Law Firm | A Professional Law Corporation**
18000 Studebaker Road, Suite 325
Cerritos, Ca 90703
Tel: (562) 645-4500 Fax: (562) 645-4494
E-mail: info@anyamalaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No. 2:25-bk-12867-VZ |
| | Chapter 13 |
| MARION CHATMON | **DEBTOR'S EMERGENCY MOTION TO RECONSIDER DISMISAL OF THE DEBTOR'S CHAPTER 13 CASE UNDER SECTION 109(G) 180-DAY BAR AGAINST REFILING** |
| | **DECLARATION OF MARION CHATMON IN SUPPORT THEREOF** |
| Debtor | **Hearing Information** |
| | Date:    To be determined |
| | Time:    To be determined |
| | Ctrm:    1368 |
| | Place: 255 E. Temple Street |
| |             Los Angeles, CA 90012 |

Pursuant to Local Rule 9075-1(a), debtor Marion Chatmon ("Debtor") respectfully requests consideration, on an emergency basis, of this Motion to Reconsider Court's Order Dismissing Debtor's Case with Section 109(g) 180-Day Bar against Refiling of a Chapter 13 Bankruptcy Case (the "Motion").

**I. NEED FOR EMERGENCY RELIEF**

A voluntary petition under Chapter 13 was filed by the Debtor on April 7, 2025. The debtor and her attorney appeared at the initial section 341(a) meeting on May 22, 2025. The meeting was continued

for the debtor to obtain a new social security card and provide same to the trustee. At the continued 341(a) Meeting of Creditors set for July 10, 2025, at 10:00 AM the debtor failed to appear for examination and the case was dismissed with 180-day bar from refiling. Debtor is at risk of losing her home and the equity on the home.

## II. FACTS

Debtor Marion Chatmon (the "Debtor") filed the instant case on April 7, 2025 in order to save her real property/home and to protect her legal and equitable interest in the subject property commonly known as 4703 Crenshaw Blvd., Los Angeles, CA 90043 (the "Subject Property").

Debtor filed her Chapter 13 case in order to make plan payments and repay all her debts, the debtor filed her Chapter 13 Plan on May 5, 2025; no objections to confirmation of her plan have been filed; no Motions for relief from stay nor Motion to dismiss the debtor case were filed as of the date of dismissal.

The debtor is scheduled to have surgery on July 23, 2025 and on July 10, 2025, the debtor had a pre-op appointment with the specialist who will carry out said surgery. Her health problem has considerably affected her ability to concentration and she completely forgot that the 341(a) creditors meeting would take place that same day, also forgetting to notify her Attorney to request the continuation of said hearing. (See attached Exhibit "1").

## III. RELIEF SOUGHT AND CONCLUSION

As detailed in the memorandum of points and authorities, there is ample reason to vacate this onerous condition of dismissal issued in debtor's case and also cause to reinstate the debtor's case so she can proceed with confirmation of the Chapter 13 plan. There is no willfulness whatsoever demonstrated by debtor's actions when all the facts and circumstances are taken into consideration. Debtor has obtained the social security card and has emailed a copy to her attorney's office. The subject property has a foreclosure sale scheduled for July 17, 2025.

Accordingly, Debtor respectfully requests that the Court enter an Order, on an emergency basis, vacating the Section 109(g) 180-Day Bar Against Debtor's Refiling of Chapter 13 Case and reinstate the chapter 13 case, and for such further and other relief as the Court may deem just and proper.

Dated: July 14, 2025                                ANYAMA LAW FIRM, A.P.C

                                                    By: /s/Onyinye N. Anyama
                                                        Onyinye N. Anyama
                                                        Attorney for Debtor
                                                        Chatmon Marion

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 9075-1(a), Debtor Marion Chatmon respectfully requests consideration, on an emergency basis, of this Emergency Motion to Reconsider the dismissal of the debtor's chapter 13 case under Section 109(g) 180-Day Bar Against Debtor's Refiling of a Chapter 13 Case.

The facts and circumstances set forth in Debtor's accompanying declarations strongly demonstrate that the Section 109(g) 180-Day Bar Against Debtor's Refiling of her Chapter 13 Case should be vacated, and the court has the power to vacate its entry pursuant to 11 U.S.C. Section 105, which states, in pertinent part, that:

> "The court may issue any order, process, or judgment that is necessary or appropriate to…prevent an abuse of process."

The court is further empowered to set aside this unjust result of circumstance under the provisions of 11 U.S.C. Section 350, which, states in pertinent part:

> "…)(b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause." (emph. added).

We contend that in light of all the facts and circumstances combining to unintentionally deprive Debtor of her "day in court," allowing this case to be dismissed with the bar would constitute an undue hardship and potentially an abuse of process. Surely the evidence set forth in the attached declarations constitutes ample cause for relief from the harsh consequences of the existing order.

Moreover, the harsh consequences of 11 U.S.C. Section 109(g) should not apply here, because, as they provide in pertinent part:

> "…no individual…..may be a debtor under this title who has been a debtor in a case pending under this title at any time in the preceding 180 days if –
> (1) the case was dismissed by the court for willful failure of the debtor to abide by orders of the court, or to appear before the court in proper prosecution of the case…" (emph. added).

Clearly, the terms of this provision are manifestly inapplicable to the debtor herein, as she has not had the opportunity to demonstrate her diligence and commitment to pursue or attempt to rectify a situation caused by her inexperience with chapter 13 procedures. There is no evidence of intentional or willful failure to appear before the court, to abide by orders of the court, or in any other way exhibit noncompliance in her case, therefore, Section 109(g) has categorically no application to the dismissal order herein. In this case, debtor's failure to appear was due to a medical appointment and inadvertence in forgetting to inform her counsel of this conflict. She did show good faith by appearing at the initial section 341(a) meeting.

Based upon all of the foregoing, as well as all attached documentary, evidentiary and oral testimony that may be offered at hearing, Debtor respectfully prays that this Emergency Motion be granted and that this Court vacate entry of the Section 109(g) 180-Day Bar Against Debtor's Refiling of Chapter 13 Case and reinstate the debtor's Chapter 13 case.

Dated: July 14, 2205                                         ANYAMA LAW FIRM, A.P.C.

                                                    By: ___/s/Onyinye N Anyama___
                                                         Onyinye Anyama
                                                         Attorney for Debtor Marion Chatmon

# DECLARATION OF MARION CHATMON

I, Marion Chatmon, do hereby declare as follows:

1. I am the debtor and movant in the above-entitled case;
2. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.
3. This Declaration is made in support of Debtor's Emergency Motion to Reconsider Court's Order Dismissing Debtor's Case with Section 109(g) 180-Day Bar against Debtor's Refiling of a Chapter 13 Bankruptcy Case (the "Motion").
4. I filed a voluntary petition under chapter 13 on April 7, 2025 in order to make plan payments and repay all my debts. I am the owner of the real property located at: 4703 Crenshaw Blvd., Los Angeles, CA 90043.
5. The instant case was filed as an emergency filing without all of the documents listed on the Order to Comply with bankruptcy Rule 107 and 3015(b) filed on 4/10/2025 as docket 8 and Notice of Case Commencement Deficiency filed on 4/10/2025 as docket number 7.
6. I and my attorney appeared at the initial section 341(a) meeting on May 22, 2025. This meeting was continued to July 10, 2025 to allow time for me to receive a copy of my new social security card.
7. I have had health problems that have considerably reduced my ability to concentrate on any matter other than my health, which caused me to forget that on July 10, 2025, I would have to attend the creditors meeting.
8. On July 10 at the same time as the continued section 341(a) meeting, I had a pre-op appointment with the specialist who will perform my surgery that I have been waiting for a long time to get done and that will help me feel better. (See attached Exhibit "1").
9. Also, I did not notify my attorney about my medical appointment so that she could request the continuation of the date for my 341(a) hearing and examination.
10. As a result, my case was immediately dismissed, without even giving me the opportunity to demonstrate my diligence and commitment to pursue and attempt to rectify any court requirement

demonstrating that my case was not filed with malicious intent and that I have every intention of continuing to follow all of my attorney's instructions and comply with all of the court's requirements to pursue a good case.

11. I have received my new social security card and I have emailed a copy to my attorney.

12. My property has a foreclosure sale scheduled for July 17, 2025.

13. This case is a good faith effort to reorganize my debts and I have proposed a 100% payout to all my creditors and I have the income to support my proposed Chapter 13 plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on 14th day of July 2025, at Los Angeles, California.

*/s/ Marion Chatmon*
_____
Marion Chatmon
Debtor and Declarant

# EXHIBIT "1"



# myChart

## Appointment Details

**Pre-Op with Christopher J Combs**

🕒 Thursday, July 10, 2025
10:00 AM PDT (15 minutes)
Add to calendar

📍 Long Beach – Lakewood Orthopedic Institute LW
5750 DOWNEY AVE SUITE 30
LAKEWOOD, CA 90712-1482

📍 Get directions

✕ Cancel appointment

### Get ready for your visit!

**Confirm**

Let staff know you don't need a reminder call.

**Directions for Long Beach – Lakewood Orthopedic LW**
5750 DOWNEY AVE SUITE-308
LAKEWOOD, CA 90712-1482
Phone number: 562-633-3787

**Visit Instructions**
Please bring photo ID, inurance card, copay, and a list of your current medications. If you have early or so thst we sure sure tirst may mat please arrive early so thar tise ve may better serve you.

**Back to Appointments and Visits**

# Lakewood Orthopaedic Surgical & Medical Group
## Surgery Instructions

Patient Name: __MARION CHATMON__

Pre-op date: __APPT. ON 07/08 REQUIRES TO BE RESCHEDULED__ Time: __PLS CONTACT OUR OFFICE TO RESCHEDULE__

Surgery Date: __07/23/2025__ Arrival and Surgical Time: __Given at Pre-op appointment__

Facility: __LONG BEACH MEMORIAL__ Doctor: __CHRISTOPHER COMBS, M.D.__

---

- **10 days prior to surgery**: If you take any of the following medications – ASPIRIN, COUMADIN, PLAVIX, Fish Oil or Vitamin E, ANY BLOOD THINNERS AND/OR ANTI-INFLAMMATORY DRUGS, i.e. MOTRIN, ADVIL, ALEVE, etc.—STOP taking them unless you have been instructed otherwise by your surgeon. These medicines can cause abnormal bleeding during surgery.

- **Medical clearance**: If your surgeon has instructed you to obtain a medical clearance before your surgery, please be sure to set up an appointment to see your primary care physician (and cardiologist if cardiac clearance is needed) 4 weeks before surgery.

- **On your pre-op date**: After coming to your pre-op with your surgeon, make sure to go to the hospital at this time in order to pre-admit yourself for surgery. This means taking care of all the necessary paperwork and tests (blood tests, EKG, Chest X-Ray, etc.) with the hospital before the surgery date to make sure that there are no delays on the date of surgery. *Please Note: If you have already had these tests done with your primary care physician, they do not need to be repeated.

- **The night before your surgery**: Do NOT eat or drink anything after midnight the night before or your surgery will be cancelled.

- **The day of surgery**: Shower and wear loose-fitting comfortable clothing and shoes. Do not apply lotion or powder. Do not put any products in your hair such as gel, hairspray, mousse, or wax, etc. Do not wear make-up or nail polish, as this will help us in monitoring the amount of oxygen in your blood. Do not wear your contact lenses and bring your eyeglasses. Report to Same Day Surgery, located in the basement on the day of surgery. Make sure to be on time for your surgery otherwise it may be delayed or cancelled. Be sure to have someone to drive you to the hospital/surgery center and pick you up. You will NOT be able to drive on the day of surgery.

- **Prior to leaving the hospital**: Make sure you receive discharge instructions from the nurse. Discharge instructions should include a sheet of instructions on how to care for yourself after your surgery, verbal instructions on how to care for your surgical wounds, and a dressing change.

- **When you get home**: Please call the surgeon's office to schedule a follow-up appointment within 7-14 days of the date of surgery, unless otherwise instructed by the doctor.

**If you have pain that is unrelieved by medication, and our office is closed, please go the nearest emergency room.**

If you have any questions regarding your surgery or these instructions, please call __CHRISTINA__ at (562) 633-3787.

**MemorialCare.**
Medical Group

P.O. Box 20893, Fountain Valley, CA 92708  Phone (866) 276-3627

# NOTICE OF AUTHORIZATION OF SERVICES

**Date:** 06/27/25

**Member Name:** Marion L Chatmon

**Member ID:** 980615400000

**Plan Name:** Blue Shield TotalDual Plan (HMO D-SNP) H2819-1

**Reference Number:** 42379039

**Requesting Provider:** COMBS, CHRISTOPHER J

**Dear** Marion L Chatmon,

We have approved coverage for the following service(s) requested by your provider/doctor

**Service request(s):**

| Code | QTY | Description |
|---|---|---|
| 99214 | 1 | Office/Outpatient Established Mod Mdm 30 Min |
| 73560 | 1 | Radiologic Examination Knee 1/2 Views |

**Refer to:** COMBS, CHRISTOPHER J
3828 Schaufele Ave., Suite 320
Long Beach CA 90808

**Authorization Valid:** 06/26/2025-09/24/2025

All authorizations are considered on a medical-need basis and your plan's coverage. This approval assumes you have this health plan coverage on the date you are treated.

If you need more visits, treatments, testing or surgery, you may need another authorization. If you don't get an authorization before the service is given, it may mean that no payment or a lower payment will be made based on the terms of your health plan.

If you have any questions or require additional information, please call us at (866) 276-3627. Our hours of operation are Monday thru Friday, 8:00AM - 4:30PM.

Thank you for being a member of Blue Shield of California.

---

Blue Shield of California is an independent member of the Blue Shield Association
A54476DSN_0324                                              H2819_24_075G_C Approved 03122024

Name: Marion L Chatmon | DOB: 5/10/1955 | MRN: E5745964 | PCP: Ryan Thompson, DO | Legal Name: Marion L Chatmon

## Appointment Reminder

Participants: Default Mychart

Kimmia Montgomery

---

> New message

Default Mychart Jun 26, 6:09 PM

Hello Marion L Chatmon

This is a reminder for your upcoming appointment with Lab Technician.

Appointment Information:
Date: 7/03/25
Time: 2:10 PM
Provider: Lab Technician
Location: MCMG LB Schaufele 200 Lab
3828 Schaufele Ave Ste 200
Long Beach CA 90808-1793
657-241-8990

You can save time at the clinic by completing registration items in your patient portal. Please go to your upcoming appointments and complete Pre Visit Check In.

Thank you for choosing MCMG LB SCHAUFELE 200 LAB

You cannot reply to this conversation.

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

| In re: |  | CHAPTER: **13** |
|---|---|---|
| **Marion Chatmon** | Debtor(s). | CASE NUMBER: **2:25-bk-12867-VZ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**18000 Studebaker Rd.**
**Suite 325**
**Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S EMERGENCY MOTION TO RECONSIDER DISMISAL OF THE DEBTOR'S CHAPTER 13 CASE UNDER SECTION 109(G) 180-DAY BAR AGAINST REFILING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/14/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Onyinye N Anyama**  onyi@anyamalaw.com, paralegal@anyamalaw.com; info_anyama@ecf.courtdrive.com; r44596@notify.bestcase.com
**Nancy K Curry (TR)**  TrusteeECFMail@gmail.com
**United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
**Gerrick Warrington**  gwarrington@frandzel.com, achase@frandzel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **7/14/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**HONORABLE VINCENT P ZURZOLO**
**U.S. BANKRUPTCY JUDGE**
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 14, 2025** | **Karina Ruiz** | /s/Karina Ruiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **13** |
|---|---|---|
| **Marion Chatmon** | Debtor(s). | CASE NUMBER **2:25-bk-12867-VZ** |

**SERVICE LIST:**

Marion Chatmon
4703 1/2 Crenshaw Blvd.
Los Angeles, CA 90043

Advantage
PO Box 4450
Portland, OR 97208

CNA Foreclosure Services, Inc.
2020 Camino Del Rio N # 230
San Diego, CA 92108

Credit Collection Servies
PO Box 607
Norwood, MA 02062

Los Angeles County
500 W. Temple
Los Angeles, CA 90012

Mariner
8211 Town Center Drive
Nottingham, MD 21236

Merrick Bank
PO Box 660702
Dallas, TX 75266

Paul Joseph
1119 Electric St.
Gardena, CA 90248

Total Lender Solutions, Inc.
10505 Sorrento Valley Rd
Suite 125
San Diego, CA 92121

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                    **F 9013-3.1**